

**ORDERED in the Southern District of Florida on December 8, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                                            CASE NO.: 18-22930-LMI

MARIELA C. ROMAN                                     CHAPTER 7

    Debtor.
_____/

### ORDER GRANTING UNITED STATES OF AMERICA'S MOTION FOR ORDER DECLARING THAT AUTOMATIC STAY IS INAPPLICABLE TO RESTITUTION JUDGMENT

**THIS CAUSE** having come before the Court on November 28, 2018 at 10:30 a.m. upon the *United States of America's Motion For Order Declaring that Automatic Stay is Inapplicable to Restitution Judgment* [D.E. 20] (the "Motion") and the Court being advised that Debtor has no objection to the Motion, and having reviewed the Motion, and having found good cause to grant the Motion, it is:

**ORDERED AS FOLLOWS:**

    1.    The Motion is **GRANTED.**

2. The automatic stay does not apply to the United States of America's efforts to collect and enforce its restitution judgment against the Debtor Mariela C. Roman.

3. The United States may seek to enforce its criminal restitution judgment against all property of Debtor, Mariela C. Roman, including all property of Roman's that became property of the estate upon the filing of the bankruptcy petition.

###

Submitted by:
Marlene Rodriguez
Assistant United States Attorney
Fl. Bar No. 120057
99 N.E. 4th Street, Suite 300
Miami, Florida  33132
Tel: (305) 961-9206
Fax: (305) 530-7139
E-mail: Marlene.Rodriguez@usdoj.gov

Attorney Marlene Rodriguez is directed to serve copies of this order on all interested parties and file a certificate of service with the Clerk of the Court.