

**ORDERED in the Southern District of Florida on December 11, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                     CASE NO.: 18-22930-LMI

MARIELA C ROMAN,                           Chapter 7

                                                 Debtor./

**ORDER GRANTING TRUSTEE'S AGREED *EX PARTE* MOTION FOR
EXTENSION OF TIME TO OBJECT TO DEBTOR'S DISCHARGE**

THIS CAUSE came before the Court upon the "*Trustee's Agreed Ex Parte Motion for Extension of Time to Object to Debtor's Discharge*" (the "Motion"). The Court having reviewed the Motion, having noted the agreement of the Parties, and based on the record finds good cause to grant the Motion. Accordingly, it is:

**ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      The Trustee and the Office of the United States Trustee shall have up through and including **March 28, 2019** in which to file an objection to the Debtor's discharge.

      3.      This Order is without prejudice to further requests for extension upon good cause being shown by the Trustee or the Office of the United States Trustee.

# # #

Respectfully Submitted by:

Ross R. Hartog, Chapter 7 Trustee
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Telephone: (954) 767-0030
E-mail: trustee@mrthlaw.com

The Trustee shall serve a copy of this Order
upon all interested parties and file a Certificate of Service