UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  Case No. 18-22930-LMI
Mariela C. Roman  Chapter 7

_____Debtor._____/

## NOTICE OF FILING

Comes now, Nationstar Mortgage LLC d/b/a Mr. Cooper and hereby gives Notice of Filing of the Judgment in Southern District of Florida Criminal Case 1:15-cr-20691-MGC United States of America vs Mariela Roman (Doc. No. 160) and suggests that the restitution amount of $2,353,637.03 creates a "no equity" situation as the amount of encumbrances far exceeds the value of the subject real property located at 234 Northeast 3rd Street, Miami, FL 33132.

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a true and correct copy of the foregoing notice of filing has been served either by CM/ECF transmission or standard first class mail this 15th day of January, 2019.

**Via First Class U.S. Mail Only:**
Mariela Roman, Federal Correctional Complex Coleman Prison Camp POB 1027, Coleman, FL 33521
**Via CM/ECF Electronic Filing Only:**
Ross R Hartog, 9130 S Dadeland Blvd # 1800, Miami, FL 33156
John H. Lee, 9130 South Dadeland BLVD #1800, Miami, FL 33156
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Steven G. Powrozek
Steven G. Powrozek
FL Bar # 0316120
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 367-5813
Fax: (813) 880-8800
E-mail: spowrozek@logs.com

18-317022