**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                              **CASE NO.: 18-22930-LMI**

**MARIELA C. ROMAN**                               **Chapter 7**

          Debtor./

**TRUSTEE'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY RE: 234 NORTHEAST 3RD STREET, UNIT 1107, MIAMI FL 33132**

Ross R. Hartog, the chapter 7 trustee (the "Trustee") for the estate of Mariela C. Roman (the "Debtor"), through undersigned counsel, hereby responds (the "Response") to Nationstar Mortgage LLC's d/b/a Mr. Cooper (the "Creditor"), *Motion for Relief from the Automatic Stay Re: 234 Northeast 3rd Street, Unit 1107, Miami, FL 33132* (the "Stay Relief Motion") [ECF No. 50]. In support of the Response, the Trustee states as follows:

1.      On November 8, 2018, the Debtor filed a voluntary chapter 7 bankruptcy petition commencing this case.

2.      Ross R. Hartog was appointed as the Chapter 7 trustee.

3.      On January 4, 2019, the Creditor filed its Stay Relief Motion seeking to initiate a foreclosure proceeding of the Debtor's real property located at 234 Northeast 3rd Street, Unit 1107, Miami, FL 33132, legally known as:

> **Condominium Unit No. 1107 in THE LOFT DOWNTOWN CONDOMINIUM, according to the Declaration thereof, recorded November 23, 2005 under Clerk's File No. 2005R1220174 in Official Records Book 23989, Page 1281, of the Public Records of Miami-Dade County, Florida, as amended and/or supplemented from time to time.**
>
> **FOLIO 01-4137-051-1400**
> **(the "Real Property").**

4.      The Debtor claimed three real properties, including the Real Property, exempt on her schedules under 11 U.S.C. § 552(o).

5.      Upon information and belief, the Real Property is encumbered by one mortgage exceeding a little over $200,000.00.  Upon information and belief, the Real Property has a market value of around $320,000.00.

6.      The Trustee asserts that the Estate may have an interest in the Real Property and that the Real Property may be a good candidate for traditional sale.[1]

7.      A traditional sale of the Real Property would prove beneficial to the Estate and provide equity for creditors.

8.      Based on the foregoing, the Trustee requests that the Stay Relief Motion be denied as a traditional sale of the Real Property may be a viable option to provide a distribution to creditors.

WHEREFORE, the Trustee respectfully requests that this Court deny the Stay Relief Motion and allow for such other and further relief as the court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *foregoing* was served on all counsel of record or *pro se* parties identified on the attached Service List via U.S. Mail and/or the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case February 1, 2019.

Dated: February 1, 2019          Respectfully Submitted,

Markowitz Ringel Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
        John H. Lee, Esq.
        Florida Bar No. 91795
        jlee@mrthlaw.com

---

[1] The Trustee will be filing an objection to the Debtor's claim of exemption on the Real Property at the same time of the filing of this Motion.

*In re: Mariella C. Roman*
**Case No. 18-22930-LMI**
<u>Service List</u>

**18-22930-LMI Notice will be electronically mailed to:**

Jeffrey S. Berlowitz on behalf of Creditor Chestnut Woods Homeowners Association, Inc.
jberlowitz@srhl-law.com, jortega@srhl-law.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;
rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com,jgarey@mrthlaw.com,
ycandia@mrthlaw.com,gruiz@mrthlaw.com; markowitzjr73991@notify.bestcase.com,
jlee@ecf.courtdrive.com

Nicole M Noel on behalf of Creditor Select Portfolio Servicing, Inc.
bankruptcynotices@kasslaw.com, nmnoel@ecf.courtdrive.com

Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

Steven G. Powrozek, Esq. on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper
spowrozek@logs.com, electronicbankruptcynotices@logs.com

Marlene Rodriguez on behalf of Creditor United States of America
marlene.rodriguez@usdoj.gov, Shannon.patterson@usdoj.gov;Milton.pacheco@usdoj.gov

Christopher P Salamone on behalf of Creditor U.S. Bank National Association, as Trustee for Residential
Funding Mortgage Securities I, Inc., Mortgage Pass-Through Certificates, Series 2007-S7
csalamone@rasflaw.com, csalamone@rasflaw.com

**18-22930-LMI Notice will be mailed to:**

Mariela C. Roman, Pro Se Debtor
Federal Correctional Complex
Coleman Prison Camp
POB 1027
Coleman, FL 33521

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701