UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  Case No. 18-22930-LMI
Mariela C. Roman  Chapter 7

    Debtor.                              /

**ANMENDED NOTICE OF FILING[1]**

Comes now, Nationstar Mortgage LLC d/b/a Mr. Cooper and hereby gives Notice of Filing of the Judgment in Southern District of Florida Criminal Case 1:15-cr-20691-MGC <u>United States of America vs Mariela Roman</u> (Doc. No. 160) dated June 1, 2016 and suggests that the restitution amount of $2,353,637.03 creates a "no equity" situation as the amount of encumbrances far exceeds the value of the subject real property located at 234 Northeast 3rd Street, Miami, FL 33132.  Also attached are the following:

1.  Notice of Lis Pendens related to the subjection real property in the same case styled Southern District of Florida Criminal Case 1:15-cr-20691-MGC <u>United States of America vs Adriana Scalabroni, et al.</u>  Debtor is one of the Defendants.  Recorded at Official Records of Miami – Dade County at Book 29893 at Page 936 on December 17, 2015.

2.  Notice of Lien and/or Restitution filed by the U.S. Attorney's office relating to the June 1, 2016 Judgment recorded at Official Records of Miami – Dade County at Book 31131 at Page 885 on September 7, 2018.

                                          /s/Steven G. Powrozek
                                          Steven G. Powrozek
                                          FL Bar # 0316120
                                          Shapiro, Fishman & Gaché, LLP
                                          Attorney for Secured Creditor
                                          4630 Woodland Corporate Blvd.
                                          Suite 100
                                          Tampa, FL  33614

---

[1] This notice is amended to attach the documents referenced and add two additional documents.

                    Telephone: (813) 367-5813
                    Fax: (813) 880-8800
                    E-mail: spowrozek@logs.com

## CERTIFICATE OF SERVICE

I hereby certify that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I hereby certify that a true and correct copy of the foregoing amended notice of filing has been served either by CM/ECF transmission or standard first class mail this 11th day of February, 2019.

**Via First Class U.S. Mail Only:**
Mariela Roman, Federal Correctional Complex Coleman Prison Camp POB 1027, Coleman, FL 33521

**Via CM/ECF Electronic Filing Only:**
Ross R Hartog, 9130 S Dadeland Blvd # 1800, Miami, FL 33156
John H. Lee, 9130 South Dadeland BLVD #1800, Miami, FL 33156
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

                    /s/Steven G. Powrozek
                    Steven G. Powrozek
                    FL Bar # 0316120
                    Shapiro, Fishman & Gaché, LLP
                    Attorney for Secured Creditor
                    4630 Woodland Corporate Blvd.
                    Suite 100
                    Tampa, FL  33614
                    Telephone: (813) 367-5813
                    Fax: (813) 880-8800
                    E-mail: spowrozek@logs.com

18-317022